

**KARLINSKY LLC**
COUNSELLORS AND LITIGATORS

103 MOUNTAIN ROAD
CORNWALL-ON-HUDSON, NY 12520

MARTIN E. KARLINSKY
FOUNDER AND SOLE MEMBER
646.437.1430 /917.623.9102 CELL
MARTIN.KARLINSKY@KARLINSKYLLC.COM
WWW.KARLINSKYLLC.COM

October 6, 2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
  Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Aubrey, et al. v. The New School,* **21-Civ-04915 (KMK),** *United States District Court, Southern District of New York (White Plains Division)*

Dear Judge Karas:

We represent plaintiffs in the within-captioned action, and are responding to the Court's order to show cause (ECF 41) filed Tuesday October 4, 2022. In granting defendant's motion to dismiss, the Court also kindly granted plaintiffs leave to file an amended complaint. We have determined not to do so, believing that an amendment would be futile. We therefore do not oppose the order to show cause and consent to dismissal of the action. We apologize for the need for the order to show cause, as we had thought that dismissal would follow automatically if we did not file an amended pleading.

The Court is to enter judgment for Defendant and close this case.

So Ordered.
10/6/22

Respectfully

Martin E. Karlinsky

MEK/ks

cc: Counsel of Record (via ECF)

**KARLINSKY LLC**

ADMITTED TO THE BARS OF NEW YORK,
CALIFORNIA, AND THE DISTRICT OF COLUMBIA