**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COLLYN AHRENS AUBREY, et al.,

                Plaintiffs,

-against-                      21 **CIVIL** 4915 (KMK)

**JUDGMENT**

THE NEW SCHOOL,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated October 6, 2022, judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      October 6, 2022

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                     **BY:**     *K. Mango*
                                                    **Deputy Clerk**